

FILED
JAN 30 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR0332-JAH |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) - Transportation of Certain Aliens |
| MANDY LOUISE WEST (1), JOSEPH ANTHONY NIETO (2), | |
| Defendants. | |

The United States Attorney charges:

Counts 1 - 4

On or about December 31, 2019, within the Southern District of California, defendants MANDY LOUISE WEST and JOSEPH ANTHONY NIETO, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

| Count | Name |
|---|---|
| 1 | Jesus Norberto Arriaga-Alvarez |
| 2 | Francisco Javier Carmona-Morales |
| 3 | Manuel De Jesus Morales-Rodriguez |
| 4 | Francisco Pulido-Hernandez |

LMC:jrdc:1/15/2020

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: 1/30/20 .

ROBERT S. BREWER, JR.
United States Attorney

*/s/*

LYNDZIE M. CARTER
Assistant U.S. Attorney

2